UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20014-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   **O R D E R**

GREGORY ALLEN BLUE,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 331) filed herein by United States Magistrate Judge John J. O'Sullivan. No objections to said Report have been filed. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

In his Report And Recommendation (DE 331), Magistrate Judge O'Sullivan recommends that the Court grant in part Defendant's Motion Requesting Change Of Halfway House Designation (DE 324). The Court adopts Magistrate Judge O'Sullivan's findings, as stated in the instant Report And Recommendation (DE 331).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation (DE 331) filed herein by United States Magistrate Judge John J. O'Sullivan be and the same is hereby approved, adopted, and ratified by the Court;

2. The Court grants in part Defendant Gregory Allen Blue's Motion Requesting Change Of Halfway House Designation (DE 324); and

3. The Court recommends that the United States Bureau of Prisons designate that the Defendant be designated to the Dimas House Charities in Dania, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15th___ day of July, 2019.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable John J. O'Sullivan
United States Magistrate Judge

All Counsel and Parties of Record