UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20014-RAR/BECERRA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**GREGORY ALLEN BLUE**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Jacqueline Becerra's Report and Recommendation on the Motion for Halfway House Placement ("Report"), entered on December 28, 2020 [ECF No. 348]. The Court notes that no objections have been filed and the time for doing so has now passed. Therefore, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 348]** is **AFFIRMED AND ADOPTED** and the Motion [ECF No. 341] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of January, 2021.

                                              _____
                                              **RODOLFO A. RUIZ II**
                                              **UNITED STATES DISTRICT JUDGE**

cc:  counsel of record